UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:12-cv-00792-TJC-JBT

JEFFREY TOTH and JOANNE TOTH,

    Plaintiffs,

v.

CARDWORKS SERVICING, LLC
and MERRICK BANK,

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME now all parties in the above titled action and represent to the Court that this matter, regarding Plaintiffs' claims against Defendants, have been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 26th day of October, 2012.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ N. Alejandra Arroyave |
| Alex Weisberg, Esq. | N. Alejandra Arroyave |
| FBN: 0566551 | FBN: 648981 |
| Weisberg & Meyers, LLC | Jeffrey S. Lapin |
| 5722 S. Flamingo Road, Ste. 656 | FBN: 0993298 |
| Cooper City, FL 33330 | Lapin & Leichtling, LLP |
| Attorney for Plaintiff | 255 Alhambra Circle, Suite 1250 |
| | Coral Gables, Florida 33134 |
| | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

    I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Stipulation of Dismissal was served via electronic mail on the following: Mr. Jeffrey S. Lapin, at jlapin@ll-lawfirm.com, and N. Alejandra Arroyave, at AArroyave@ll-lawfirm.com, on October 26, 2012.

                                           By: s/ Alex Weisberg

                                           ALEX D. WEISBERG
                                           FBN: 0566551
                                           WEISBERG & MEYERS, LLC
                                           ATTORNEYS FOR PLAINTIFF
                                           5722 S. Flamingo Road, Ste. 656
                                           Cooper City, FL 33330
                                           (954) 212-2184
                                           (866) 577-0963 fax
                                           aweisberg@attorneysforconsumers.com